IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:26-CR-00031-KES-EPG |
| Plaintiff, | |
| v. | ORDER UNSEALING CASE |
| TOMAS HUESO ET AL, | |
| Defendants. | |

The United States having applied to this Court for an order permitting it to keep the above-captioned proceedings under seal until further order of the Court to prevent the destruction of evidence and flight of the target of the investigation, and the defendant now having been arrested and the need for sealing ceased;

IT IS ORDERED that the case in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:    **April 9, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

Order Unsealing Case                                    1